IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JENNIFER LYNN MCKIRCH                                    PLAINTIFF

              v.             Civil No. 05-5111

PAUL CLIFFORD, Benton County,
Arkansas, Deputy Sheriff in his
official and individual capacities                      DEFENDANT

                         O R D E R

     Now on this 13th day of March, 2006, comes on for

consideration the parties' **Joint Motion To Dismiss With Prejudice**

(document #27), and the Court, being well and sufficiently

advised, finds that said motion should be, and same hereby is,

**granted,** and this case is hereby **dismissed with prejudice.**

     IT IS SO ORDERED.

                              __/S/ Jimm Larry Hendren_____
                              JIMM LARRY HENDREN
                              UNITED STATES DISTRICT JUDGE